# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

———————————

### No. 201700293

———————————

### UNITED STATES OF AMERICA
Appellee

v.

### BRANDON K. PATTON
Lance Corporal (E-3), U.S. Marine Corps
Appellant

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Jeffrey V. Munoz, USMC.
Convening Authority: Commanding Officer, 2d Battalion, 1st Marine
Regiment, 1st Marine Division (Rein), Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Matthew J. Stewart,
USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

———————————

Decided 9 January 2018

———————————

Before MARKS, WOODARD, and HINES, *Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court